UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
2012 SP -5 AM 10: 27
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CELSO PEREZ-MARTINEZ (1)<br>RAUL RODRIGUEZ-HERRERA aka "ROPERO" aka "KALULA" (2)<br><br>Defendants. | CRIM. NO.<br><br>INDICTMENT<br><br>[SEALED]<br><br>CT 1: 21:846 & 841(a)(1)-Conspiracy to Possess a Controlled Substance with Intent to Distribute (Marijuana);<br>CT 2: 21:952 & 960(a)(1)-Conspiracy to Import with Intent to Distribute a Controlled Substance (Marijuana);<br>CT 3: 21: 959(a)- Manufacture or Distribute a Controlled Substance Extra-territorial;<br>CT 4: 21:861(a)(2)- Employment of Person Under 18 years of Age in Drug Operations<br>CT 5: 18:924(o)- Conspiracy to Possess Firearms in Furtherance of Drug Trafficking; |

DR 12CR 1428

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[21 U.S.C. §§ 841, 846]**

Beginning on or about June 1, 2005 and continuing until on or about the date of this Indictment in the Western District of Texas, the Northern District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

**CELSO PEREZ-MARTINEZ (1)**
**RAUL RODRIGUEZ-HERRERA aka "ROPERO" aka "KALULA" (2)**

did combine, conspire, confederate and agree together and with each other and others known and

unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved one thousand kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(vii), in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963)

That beginning on or about June 1, 2005 and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

**CELSO PEREZ-MARTINEZ (1)**
**RAUL RODRIGUEZ-HERRERA aka "ROPERO" aka "KALULA" (2)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved one thousand kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

## COUNT THREE
### (21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)(G))

That beginning on or about June 1, 2005 and continuing through and including the date of this indictment, in the Republic of Mexico and elsewhere, Defendants,

**CELSO PEREZ-MARTINEZ (1)**
**RAUL RODRIGUEZ-HERRERA aka "ROPERO" aka "KALULA" (2)**

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed

together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, intending and knowing that said controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 963, and 960(a)(3) and (b)(1)(G).

## COUNT FOUR
(21 U.S.C. § 861(a)(1) and (b))

That beginning on or about June 1, 2005, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

**CELSO PEREZ-MARTINEZ (1)**
**RAUL RODRIGUEZ-HERRERA aka "ROPERO" aka "KALULA" (2)**

being persons at least eighteen (18) years of age, did knowingly and intentionally employ, use, induce, and coerce a person under eighteen (18) years of age, to assist in avoiding detection and apprehension for an offense under Title 21, United States Code, Sections 841(a)(1), 952(a), and 960(a)(1), by any federal, state or local law enforcement official, in violation of Title 21, United States Code, Section 861(a)(1) and (b).

## COUNT FIVE
(18 U.S.C. §§ 924(c)(1) and (o))

Beginning on or about January 1, 2008, and continuing through and including the date of this indictment, in the Western District of Texas, Defendants,

**CELSO PEREZ-MARTINEZ (1)**
**RAUL RODRIGUEZ-HERRERA aka "ROPERO" aka "KALULA" (2)**

knowingly combined, conspired, confederated, and agreed with each other and others known and unknown to the Grand Jury to commit offenses against the United States, that is, the

**DEFENDANTS** conspired to possess firearms in furtherance of the drug trafficking crimes charged in Counts One, Two, Three and Four of this Indictment, re-alleged herein, contrary to Title 18, United States Code, Sections 924(c)(1) and (o).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITES STATES ATTORNEY

RUSSELL D. LEACHMAN
Assistant United States Attorney.

# SEALED

SEALED:
UNSEALED: XX

# DR12CR1428

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: <u>Maverick</u>  USAO #: <u>2008R25614</u>  CASE# /JUDGE:

DATE: <u>September 5, 2012</u>  MAG. CT. #:  FBI#

AUSA: <u>RUSSELL D. LEACHMAN</u>

DEFENDANT: <u>CELSO PEREZ-MARTINEZ (1)</u>

CITIZENSHIP: _____

INTERPRETER NEEDED: ___ Language: _____

DEFENSE ATTORNEY: _____

ADDRESS OF ATTORNEY: _____

DEFENDANT IS: _____  DATE OF ARREST: _____

BENCH WARRANT NEEDED: <u>YES</u>

PROBATION OFFICER: _____  NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>.

OFFENSE: (Code & Description): **COUNT 1:** 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(viii) – Conspiracy to Possess with Intent to Distribute a Controlled Substance (more than 1000 Kilograms of Marijuana). **COUNT 2:** 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963 – Conspiracy to Import a Controlled Substance (more than 1000 Kilograms of Marijuana). **COUNT 3:** 21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)(G) – Extraterritorial Possession, Manufacture, or Distribution of Marijuana (more than 1000 Kilograms). **COUNT 4:** 21 U.S.C. §§ 861(a)(1) &(b) – Employment of Person Under 18 years of Age in Drug Operations (more than 1000 Kilograms Marijuana). **COUNT 5:** 18 U.S.C. § 924(c)(1)&(o) – Conspiracy to Possess Firearms in Furtherance of Drug Trafficking.

OFFENSE IS: <u>FELONY</u>.

MAXIMUM SENTENCE: **Cts. 1 - 4:** 10 years - life imprisonment; a fine not to exceed $10 million; a 5 year mandatory minimum term of supervised release; and a mandatory $100 special assessment, as to each count. **Ct. 5** - Not more than 20 years imprisonment; fine not to exceed $250,000; a minimum of 10 years of supervised release; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: ___ REMARKS: <u>See above</u>. W/DT-CR-3

SEALED

# DR 12CR 1428

SEALED: 
UNSEALED: X X

**PERSONAL DATA SHEET**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

COUNTY: Maverick          USAO #: 2008R25614          CASE# /JUDGE:

DATE: September 5, 2012   MAG. CT. #:          FBI#

AUSA: RUSSELL D. LEACHMAN

DEFENDANT: RAUL RODRIGUEZ-HERRERA aka "ROPERO" aka "KALULA (2)

CITIZENSHIP: _____

INTERPRETER NEEDED: ___ Language: _____

DEFENSE ATTORNEY: _____

ADDRESS OF ATTORNEY: _____

DEFENDANT IS: _____   DATE OF ARREST: _____

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: _____   NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT.

OFFENSE: (Code & Description): **COUNT 1:** 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(viii) – Conspiracy to Possess with Intent to Distribute a Controlled Substance (more than 1000 Kilograms of Marijuana). **COUNT 2:** 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963 – Conspiracy to Import a Controlled Substance (more than 1000 Kilograms of Marijuana). **COUNT 3:** 21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)(G) – Extraterritorial Possession, Manufacture, or Distribution of Marijuana (more than 1000 Kilograms). **COUNT 4:** 21 U.S.C. §§ 861(a)(1) &(b) – Employment of Person Under 18 years of Age in Drug Operations (more than 1000 Kilograms Marijuana). **COUNT 5:** 18 U.S.C. § 924(c)(1)&(o) – Conspiracy to Possess Firearms in Furtherance of Drug Trafficking.

OFFENSE IS: FELONY.

MAXIMUM SENTENCE: **Cts. 1 - 4:** 10 years - life imprisonment; a fine not to exceed $10 million; a 5 year mandatory minimum term of supervised release; and a mandatory $100 special assessment, as to each count. **Ct. 5 -** Not more than 20 years imprisonment; fine not to exceed $250,000; a minimum of 10 years of supervised release; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: ___ REMARKS: See above. W/DT-CR-3