# REDACTED COPY



**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

FILED

2012 DE -5 PM 12: 22

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

BY: _CL_

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIM. NO.** |
| Plaintiff, | **SUPERSEDING INDICTMENT** |
| v. | **[SEALED]** |
| CELSO PEREZ-MARTINEZ (1) | **CT 1:** 21:846 & 841(a)(1)- Conspiracy to Possess a Controlled Substance with Intent to Distribute (Marijuana); |
| | **CT 2:** 21:952 & 960(a)(1)- Conspiracy to Import with Intent to Distribute a Controlled Substance (Marijuana); |
| Defendants. | **CT 3:** 21: 959(a)- Unlawful Distribution of a Controlled Substance Extra-territorial; |
| | **CT 4:** 21:861(a)(2); 18:2- Employment of Person Under 18 years of Age in Drug Operations; Aiding & Abetting |
| | **CT 5:** 18:924(o)- Conspiracy to Possess Firearms in Furtherance of Drug Trafficking; |

A true copy of the original, I certify
Clerk, U.S. District Court

By: _____
                          Deputy

**THE GRAND JURY CHARGES:**

## COUNT ONE
### [21 U.S.C. §§ 841, 846]

Beginning on or about June 1, 2005 and continuing until on or about August 1, 2012 in the Western District of Texas, the Northern District of Texas, the Republic of Mexico, and elsewhere, the Defendants,

### CELSO PEREZ-MARTINEZ (1)

did combine, conspire, confederate and agree together and with each other and others known and

unknown to the Grand Jury to possess with intent to distribute and distribute a controlled substance, which offense involved one thousand kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, contrary to Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(A)(vii), in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### (21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963)

That beginning on or about June 1, 2005 and continuing until on or about August 1, 2012, in the Western District of Texas, Defendants,

### CELSO PEREZ-MARTINEZ (1)

knowingly, intentionally, and unlawfully conspired, combined, confederated, and agreed together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to import a controlled substance, which offense involved one thousand kilograms or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, into the United States from Mexico contrary to Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(1)(G).

## COUNT THREE
### (21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)(G))

That beginning on or June 1, 2005 and continuing until on or about August 1, 2012, in the Republic of Mexico and elsewhere, Defendants,

### CELSO PEREZ-MARTINEZ (1)

knowingly, intentionally,   and unlawfully conspired, combined, confederated, and agreed

together, and with each other, and with others to the Grand Jury unknown, to commit offenses against the United States, in violation of Title 21, United States Code, Section 963, that is to say, they conspired to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, intending and knowing that said controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Sections 959(a), 963, and 960(a)(3) and (b)(1)(G).

**COUNT FOUR**
(21 U.S.C. § 861(a)(1) and (b); 18 U.S.C. § 2)

That beginning on or about June 1, 2005 and continuing until on or about August 1, 2012, in the Western District of Texas, Defendants,

**CELSO PEREZ-MARTINEZ (1)**

being persons at least eighteen (18) years of age, did knowingly and intentionally employ, hire, use, persuade, induce, entice, and coerce a person under eighteen (18) years of age, to violate Title 21, United States Code, Sections 841(a)(1), 846, 952(a), 960(a)(1), 959, and 963, and did aid and abet the same, in violation of Title 21, United States Code, Section 861(a)(1) and (b) and 18 U.S.C. § 2.

**COUNT FIVE**
(18 U.S.C. §§ 924(c)(1) and (o))

Beginning on or about January 1, 2008, and continuing through and including August 1, 2012, in the Western District of Texas, Defendants,

**CELSO PEREZ-MARTINEZ (1)**

knowingly combined, conspired, confederated, and agreed with each other and others known and unknown to the Grand Jury to commit offenses against the United States, that is, the

**DEFENDANTS** conspired to possess firearms in furtherance of the drug trafficking crimes charged in Counts One, Two, Three and Four of this Indictment, re-alleged herein, contrary to Title 18, United States Code, Sections 924(c)(1) and (o).

A TRUE BILL.

_____
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITES STATES ATTORNEY

_____
RUSSELL D. LEACHMAN
Assistant United States Attorney

SEALED: XX                                    *INTERNAL FILE USE ONLY*
UNSEALED:

## PERSONAL DATA SHEET
## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: Maverick        USAO #: 2008R25614        CASE# /JUDGE: DR-12-CR-1428

DATE: December 5, 2012   MAG. CT. #:              FBI#

AUSA: RUSSELL D. LEACHMAN

DEFENDANT: CELSO PEREZ-MARTINEZ (1)   DATE OF BIRTH: October 13, 1971

ADDRESS: _____

CITIZENSHIP: _____

INTERPRETER NEEDED: _____ Language: _____

DEFENSE ATTORNEY: _____

ADDRESS OF ATTORNEY: _____

DEFENDANT IS: _____ DATE OF ARREST: _____

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: _____ NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: SUPERSEDING INDICTMENT.

OFFENSE: (Code & Description): **COUNT 1:** 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(A)(viii) – Conspiracy to Possess with Intent to Distribute a Controlled Substance (more than 1000 Kilograms of Marijuana). **COUNT 2:** 21 U.S.C. §§ 952(a), 960(a)(1), 960(b)(1)(G) & 963 – Conspiracy to Import a Controlled Substance (more than 1000 Kilograms of Marijuana). **COUNT 3:** 21 U.S.C. §§ 959(a), 963, 960(a)(3) and (b)(1)(G) – Extraterritorial Possession, Manufacture, or Distribution of Marijuana (more than 1000 Kilograms). **COUNT 4:** 21 U.S.C. §§ 861(a)(1) & (b) & 18 U.S.C. 2: – Employment of Person Under 18 years of Age in Drug Operations (more than 1000 Kilograms Marijuana); Aiding and Abetting. **COUNT 5:** 18 U.S.C. § 924(c)(1)&(o) – Conspiracy to Possess Firearms in Furtherance of Drug Trafficking.

OFFENSE IS: FELONY.

MAXIMUM SENTENCE: **Cts. 1 - 4:** 10 years - life imprisonment; a fine not to exceed $10 million; a 5 year mandatory minimum term of supervised release; and a mandatory $100 special assessment, as to each count. **Ct. 5 -** Not more than 20 years imprisonment; fine not to exceed $250,000; a minimum of 10 years of supervised release; and a mandatory $100 special assessment.

PENALTY IS MANDATORY: ___ REMARKS: See above. W/DT-CR-3